# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>   Plaintiff,<br><br>   v.<br><br>GURDIP SINGH SANDHU, et al.,<br><br>   Defendants. | Case No. 1:21-cv-00538-NONE-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE AND CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 18) |

On July 26, 2021, the Court issued findings and recommendations recommending granting plaintiff's motion for default judgment. (ECF No. 12.) On August 10, 2021, the Court issued an order requiring Plaintiff's counsel to address Plaintiff's notices of death filed in other actions before this Court. (ECF No. 14.) In light of the death of Plaintiff on July 22, 2021 (ECF No. 15), the Court issued a minute order requiring counsel to show cause in writing why the case should not be dismissed in light of the fact that no party has been substituted for Plaintiff under Federal Rule of Civil Procedure 25(a)(1). (ECF No. 17.) On December 7, 2021, counsel for Plaintiff filed a notice of voluntary dismissal. (ECF No. 18.) In light of Plaintiff's notice of dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees.

///

///

///

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to

this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). IT IS FURTHER ORDERED that the findings and recommendations (ECF No. 12) are VACATED.

IT IS SO ORDERED.

Dated:  __December 8, 2021__

UNITED STATES MAGISTRATE JUDGE

2